**Electronically Filed
Supreme Court
SCWC-18-0000975
24-JUN-2024
08:14 AM
Dkt. 3 ODAC**

SCWC-18-0000975

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

GLENN DEL ROSARIO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000975; CASE NO. 2CPC-17-0000932(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Glenn Del Rosario's
Application for Writ of Certiorari filed on May 13, 2024, is
rejected.

DATED:  Honolulu, Hawaiʻi, June 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

